

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



| | |
|---|---|
| DANIEL L. HOWELL,<br>    Plaintiff,<br>v<br>THE CITY OF DETROIT<br>THE CITY OF DETROIT POLICE DEPT.,<br>RODNEY BALLINGER, MICHAEL MOSLEY,<br>ERIC CARTER, and SHAWN WILLIAMS<br>    Defendants.<br>_____/ | Case No: 04-72800<br>Hon: Victoria A. Roberts<br><br><br>WCCC Case No: 04-419674-NO<br>Hon: Robert L. Ziolkowski |



## STIPULATION TO DISMISS CAUSE

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without assessment of any costs or attorney fees against any party.

_____
ARNOLD J. SHIFMAN (P-20370)
MARY A. BEATY (P63055)
Attorneys for Plaintiff
1026 W. Eleven Mile Rd.
Royal Oak, Michigan, Michigan 48067
(248) 399-9703

_____
JACOB SCHWARZBERG (P-37693)
Attorney for Defendants
1650 First National Building
Detroit, MI 48226
(313) 237-3036

RECEIVED
SEP 2 4 2004
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## ORDER TO DISMISS CAUSE

At a session of the said Court held in the Courthouse, City of Detroit, Michigan,

On     SEP 29 2004

Present: Honorable     VICTORIA A. ROBERTS
                                      United States District Court Judge

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

_____
U.S. District Court Judge

K:\DOCS\LIT\SCHWJ\A37000\SETLMENT\FM4449.WPD